IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02603-ZLW

GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THE SPECTRANETICS CORP.,
JOHN G. SCHULTE, and
GUY A. CHILDS,

    Defendants.

---

ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 4th day of December, 2008.

                BY THE COURT:

                */s/ Zita L. Weinshienk*
                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court