IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02603-MSK-BNB

GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE SPECTRANETICS CORPORATION,
JOHN G. SCHULTE, and
GUY A. CHILDS,

Defendants.
_____

**ORDER**
_____

This matter arises on the parties' **Unopposed Motion to Vacate the January 22, 2009 Scheduling Conference** [Doc. # 15, filed 1/7/2009] (the "Motion"). Good cause having been shown:

IT IS ORDERED that the Motion is GRANTED as follows:

(1) The defendants are relieved of any obligation to respond to the Complaint currently on file, pending further order of the court;

(2) The scheduling conference set for January 22, 2009, at 9:00 a.m., is VACATED; and

(3) The parties shall file a status report on **April 15, 2009,** or within 10 days of any order addressing the pending motion to consolidate related actions, whichever first occurs, notifying me of the status of this case and the related actions.

Dated January 7, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge